462

113 A.3d 1229

**William DICKS, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

April 27, 2015.

William Dicks, pro se.

Alan Matthew Robinson, PA Board of Probation & Parole, Harrisburg, for Pennsylvania Board of Probation and Parole.

Kara W. Haggerty, Pennsylvania Board of Probation & Parole, Harrisburg, for Pennsylvania Board of Probation & Parole.

## *ORDER*

PER CURIAM.

**AND NOW,** this 27th day of April, 2015, the Order of the Commonwealth Court is **AFFIRMED.**

113 A.3d 1230

**The PEOPLE OF JEFFERSON COUNTY ex. rel James B. WICKER, Appellant**

v.

**Carl J. GOTWALD, Sr., Appellee.**

Supreme Court of Pennsylvania.

April 27, 2015.